**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**BELINDA ROBERTSON,**

**Plaintiff,**

**vs.** **No. 2:26-cv-00337-DHU-GBW**

**DR. MARC. A. CAPLAN,**

**Defendant.**

**ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on April 8, 2026. Doc. 20. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 12. On April 27, 2026, Plaintiff filed objections to the Magistrate Judge's PFRD. Doc. 25. Before the Court could rule on the Magistrate Judge's PFRD, Plaintiff appealed the case to the Tenth Circuit. Doc. 27. The Tenth Circuit dismissed the appeal for lack of jurisdiction because the Magistrate Judge's recommendation was not a final decision of the district court. Doc. 32-1 at 2. On June 29, 2026, Plaintiff filed a Motion for Reconsideration, which the Court construes as additional, untimely, objections.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review, and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Plaintiff's objections (docs. 25, 33) are OVERRULED;
2. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 20) is ADOPTED;
3. Defendant's Motion to Dismiss (Doc. 3) is GRANTED;
4. The case is DISMISSED WITH PREJUDICE; and
5. All other pending motions (docs. 17, 19, 22, 24, 28) are DENIED as MOOT.

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE